

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2023

No. 04-23-00051-CR

**IN RE** Victor Manuel **REGINO DE LA ROSA**

Original Proceeding[1]

**ORDER**

On January 12, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted in part on January 13, 2023. After considering the petition, real party in interest's response, relator's reply, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on January 13, 2023 is **LIFTED**.

It is so **ORDERED** on April 26, 2023.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2023.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 11179CR, styled *State of Texas v. Victor Manuel Regino De La Rosa*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.